[No. 37443-9-II.  Division Two.  March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIS J. KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-00929-4, Richard A. Strophy, J., entered March 14, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Quinn-Brintnall, J., concurring separately.

[No. 37647-4-II.  Division Two.  March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER S. LAGERVALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-02238-0, Anne Hirsch, J., entered May 7, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 38269-5-II.  Division Two.  March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELDON MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00394-5, Gary R. Tabor, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38359-4-II.  Division Two.  March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE FELLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00403-4, Kenneth D. Williams, J., entered May 29, 2008. *Dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.